# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURENDER KUMAR, | Case No. 1:25-cv-00632-SAB |
| Plaintiff, | ORDER GRANTING STIPULATION FOR TEMPORARY STAY |
| v. | ORDER VACATING SEPTEMBER 9, 2025 SCHEDULING CONFERENCE |
| CONNIE NOLAN, et al., | |
| Defendants. | (ECF No. 6) |
| | **DEADLINE: October 6, 2025** |

Plaintiff filed this action on May 28, 2025, alleging U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling a biometrics appointment in connection with her pending asylum application. (ECF No. 1.) An initial scheduling conference is currently scheduled for September 9, 2025. (ECF No. 3.)

On July 29, 2025, the parties filed a stipulation for temporary stay of this action. (ECF No. 6.) The parties proffer that the Immigration Court (EOIR) has scheduled Plaintiff's defensive asylum application hearing for August 6, 2025. Following that hearing, the adjudicating agency, which is not USCIS, will determine whether an additional biometrics appointment might be necessary. The parties anticipate that this lawsuit will be rendered moot following the hearing. The parties therefore stipulate that this matter be stayed through October 6, 2025. The Court finds good cause to grant the request.

1

Accordingly, good cause appearing and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The stipulated request for a temporary stay (ECF No. 6) is GRANTED;
2. This action is STAYED through October 6, 2025;
3. The scheduling conference set for September 9, 2025, is VACATED, subject to resetting upon notice to the Court; and
4. If the matter is not resolved, the parties SHALL file a joint status report **on or before October 6, 2025**, specifically addressing the need to reset the scheduling conference in this matter.

IT IS SO ORDERED.

Dated:   **July 30, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2