1

2

3

4

5

6

7

8

9            **UNITED STATES DISTRICT COURT**

10                   EASTERN DISTRICT OF CALIFORNIA

11

12    SURENDER KUMAR,                          Case No. 1:25-cv-00632-SAB

            Plaintiff,                         ORDER DIRECTING CLERK OF COURT
13                                             TO CLOSE CASE AND ADJUST DOCKET
      v.                                       TO REFLECT VOLUNTARY DISMISSAL
14
      CONNIE NOLAN, et al.,                    (ECF No. 8)
15
            Defendants.
16

17          On October 1, 2025, Plaintiff filed a notice of voluntary dismissal of the entire action

18    without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

19          "[U]nder Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his

20    action prior to service by the defendant of an answer or a motion for summary judgment.'"

21    Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999),

22    quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  "[A] dismissal under

23    Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no

24    action had been brought, the defendant can't complain, and the district court lacks jurisdiction to

25    do anything about it."  Id. at 1078; see also Pedrina v. Chun, 987 F.2d 608, 609 (9th Cir. 1993).

26    In this action, no defendant has filed an answer, other responsive pleading, or motion for

27    summary judgment.

28    / / /

1    Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this

2  case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

3

4  IT IS SO ORDERED.

5  Dated:  **October 3, 2025**

STANLEY A. BOONE
6                                              United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28